## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01356-MEH

WADE A. WILLIAMS,

     Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

     Defendants.

---

## ENTRY OF APPEARANCE

---

Eric P. Accomazzo of the law firm of Bloom Murr Accomazzo & Siler, P.C., hereby enters his appearance as counsel on behalf of the Defendant, LVNV Funding, LLC, a Delaware limited liability company, and requests that all papers served, or required to be served, upon the Defendant be given to, and served upon, undersigned counsel.

Dated this 9th day of June, 2014.

*Original signature on file at the offices of:*
BLOOM MURR ACCOMAZZO & SILER, PC

*s/ Eric P. Accomazzo*
Eric P. Accomazzo, CO Bar No. 10840
Daniel R. Delaney, CO Bar No. 35958
Taylor T. Haywood, CO Bar No. 46664
410 17th Street, Suite 2400
Denver, CO 80202
 (303) 534-2277

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I certify that on this 9th day of June, 2014, a true and correct copy of the foregoing ENTRY OF APPEARANCE was filed via CM/ECF and served via first class mail upon the following:

Wade A. Williams
13843 Fairfax Street
Thornton, CO 80602

*Pro Se Plaintiff*

s/ Nicole Marsade
Nicole Marsade, Paralegal