IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01356-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

**NOTICE OF STIPULATION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1**

---

Pursuant to D.C.COLO.LCivR 6.1, Plaintiff Wade A. Williams ("Plaintiff"), *pro se*, and Defendant LVNV Funding, LLC ("Defendant"), by and through its undersigned counsel, Bloom Murr Accomazzo & Siler, PC, hereby respectfully submit this Notice of Stipulation to extend Defendant's time to respond to Plaintiff's Complaint, as follows:

1. Defendant was served with the Complaint on May 19, 2014. Thus, Defendant's deadline to answer or otherwise respond to the Complaint is June 9, 2014. *See* Fed. R. Civ. Pro. 12(a)(1)(A)(i).

2. Pursuant to D.C.Colo.LCivR 6.1(A), the parties have stipulated to a 14-day extension of time, from June 9, 2014 to June 23, 2014, for Defendant to file its answer or otherwise respond to the Complaint.

WHEREFORE, Plaintiff and Defendant respectfully provide notice of the parties' stipulation to extend the deadline for Defendant to answer or otherwise respond to the Complaint up to and including June 23, 2014.

Dated this 3rd day of June, 2014.

          WADE A. WILLIAMS

          _____
          Wade A. Williams
          13843 Fairfax Street
          Thornton, CO 80602
          (702) 515-9233

          *Pro Se Plaintiff*

Dated this 9th day of June, 2014.

          BLOOM MURR ACCOMAZZO & SILER, PC

          _____
          Eric P. Accomazzo, CO Bar No. 10840
          Daniel R. Delaney, CO Bar No. 35958
          Taylor T. Haywood, CO Bar No. 46664
          410 17th Street, Suite 2400
          Denver, CO 80202
          (303) 534-2277

          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of June, 2014, a true and correct copy of the foregoing **STIPULATION TO EXTEND DEFENDANT LVNV FUNDING, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed via CM/ECF and served via first class mail upon the following:

Wade A. Williams
13843 Fairfax Street
Thornton, CO 80602

*Pro Se Plaintiff*

Nicole Marsade, Paralegal