## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01356-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

### DEFENDANT LVNV FUNDING, LLC'S RULE 7.1 DISCLOSURE STATEMENT

---

Defendant, LVNV Funding, LLC, through its attorneys, Bloom Murr Accomazzo & Siler, PC, hereby submits its Corporate Disclosure Statement under Fed. R. Civ. P. 7.1, as follows:

LVNV Funding, LLC is wholly owned by Sherman Originator, LLC. There is not a publically traded company that owns 10% or more of LVNV Funding, LLC's stock.

Dated this 9th of June, 2014.

                                        BLOOM MURR ACCOMAZZO & SILER, PC

                                        *s/ Taylor T. Haywood*
                                        Eric P. Accomazzo, CO Bar No. 10840
                                        Daniel R. Delaney, CO Bar No. 35958
                                        Taylor T. Haywood, CO Bar No. 46664
                                        410 17th Street, Suite 2400
                                        Denver, CO 80202
                                        (303) 534-2277
                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of June, 2014, a true and correct copy of the foregoing **DEFENDANT LVNV FUNDING, LLC'S RULE 7.1 DISCLOSURE STATEMENT** was filed via CM/ECF and served via first class mail upon the following:

Wade A. Williams
13843 Fairfax Street
Thornton, CO  80602

*Pro Se Plaintiff*

                                                *s/ Nicole Marsade*
                                                Nicole Marsade, Paralegal