IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01356-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

LVNY FUNDING, LLC, a Delaware limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 24, 2014.**

    This matter comes before the Court *sua sponte*. This case was assigned to this Court pursuant to the Pilot Program for Direct Assignment of Civil Cases to Full Time Magistrate Judges (docket #2). Accordingly, the parties shall complete and file the Magistrate Judge Consent Form (*see* docket #3) on or before July 3, 2014.[1]

---

[1] This order supercedes this Court's May 15, 2014 order concerning only the consent form.