**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01356-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

**CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(e)**

---

In accordance with D.C.COLO.L.CivR 7.1(e), the undersigned hereby certifies that on the 30th day of June, 2014, true and accurate copies of the following unpublished opinions cited in Defendant LVNV Funding, LLC's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), were served on *pro se* plaintiff Wade A. Williams:

1.    *Cousineau v. Unifund CCR Partners*, No. 10-cv-03109-CMA-KLM, 2012 WL 3135687 (D.Colo. July 31, 2012).

2.    *Farren v. RJM Acquisition Funding, LLC*, No. Civ.A. 04-995, 2005 WL 1799413 (E.D.Pa. July 26, 2005).

3.    *Horvath v. Premium Collection Services, Inc.*, No. CV-09-2516-PHX-GMS, 2010 WL 1945717 (D.Ariz. May 13, 2010).

4.    *Johnson v. Riverwalk Holdings, Ltd.*, No. 12-cv-00427-WYD-GJR, 2013 WL 2338355 (D.Colo. May 29, 2013).

5.    *Lujan v. Global Credit and Collection Corp.*, No. 10-cv-02584-JLK-KLM, 2011 WL 2890216 (D.Colo. July 19, 2011).

1

2

6. *Wolfe v. Aspenbio Pharma, Inc.*, No. 11-cv-00165-REB-KMT, 2012 WL 4040344 (D.Colo. Sept. 13, 2012).

The foregoing opinions were served via first class U.S. Mail, postage prepaid, addressed as follows:

Wade A. Williams
13843 Fairfax Street
Thornton, CO  80602

Dated this 30th day of June, 2014.

*Original signature on file at the offices of:*
BLOOM MURR ACCOMAZZO & SILER, PC

*s/ Daniel R. Delaney*
Eric P. Accomazzo, CO Bar No. 10840
Daniel R. Delaney, CO Bar No. 35958
Taylor T. Haywood, CO Bar No. 46664
410 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 534-2277
Facsimile:  (303) 534-1313
Email:  raccomazzo@bmas.com
        ddelaney@bmas.com
        thaywood@bmas.com

*Attorneys for Defendants*