**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01356-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

Plaintiff Wade A. Williams and Defendant LVNV Funding, LLC have settled this matter in full. The parties anticipate filing a joint motion to dismiss this action with prejudice within 45 days.

Dated this 18th day of September, 2014.

    BLOOM MURR ACCOMAZZO & SILER, PC

    s/Taylor T. Haywood
    Eric P. Accomazzo, CO Bar No. 10840
    Daniel R. Delaney, CO Bar No. 35958
    Taylor T. Haywood, CO Bar No. 46664
    410 17th Street, Suite 2400
    Denver, CO 80202
    (303) 534-2277
    Email: raccomazzo@bmas.com
           ddelaney@bmas.com
           thaywood@bmas.com

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of September, 2014, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed via CM/ECF and served via first class mail upon the following:

Wade A. Williams
13843 Fairfax Street
Thornton, CO  80602

*Pro Se Plaintiff*

                                             s/Rebecca M. Whitaker
                                             Rebecca Whitaker, Paralegal